# United States Court of Appeals
## For the First Circuit

No. 06-2513

UNITED STATES OF AMERICA,

Appellee,

v.

MIGUEL ALMENAS,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on January 12, 2009 is amended as follows:

On page 6, line 3, "resting" should be "resisting"